## Jerry WILLIAMS *v.* STATE of Arkansas

CR 01-74                                                38 S.W.3d 304

### Supreme Court of Arkansas
### Opinion delivered February 8, 2001

*Ann Hill*, for appellant.

No response.

PER CURIAM. Petitioner, Jerry Williams, by his attorney, Ann Hill, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on her part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion for rule on the clerk is, therefore, granted. A copy of this per curiam will be forwarded to the Committee on Professional Conduct.